**THE PILLSBURY COMPANY,**
Plaintiff–Cross Appellant,

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 04–1517, 04–1518.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2005.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.